IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOSE GALLEGOS, | § | |
| Plaintiff, | § § § | |
| v. | § | 2:18-CV-002-D |
| NFN BASSE, et al., | § § § | |
| Defendants. | § § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, the May 31, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's June 5, 2018 letter to the clerk of court and June 11, 2018 objections, the court concludes the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is therefore adopted, and the civil rights lawsuit is dismissed for failure to pay the filing fee.

**SO ORDERED**.

June 12, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE